| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Stephanie M Doyle**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–5232**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing)  First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Illinois**<br>Case number:  **17–12528** | Date case filed for chapter  **7**   **4/21/17** |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Stephanie M Doyle | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 8773 S Beck Place<br>Hometown, IL 60456 | |
| 4. | **Debtor's attorney**<br>Name and address | Edwin L Feld<br>Edwin L Feld & Associates, LLC<br>1 N LaSalle Street Suite 1225<br>Chicago, IL 60602 | Contact phone 312 263–2100<br>Email: notice@edfeldlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Karen R Goodman ESQ<br>Taft Stettinius & Hollister LLP<br>111 East Wacker Dr<br>Suite 2800<br>Chicago, IL 60601 | Contact phone (312) 836–4048<br>Email: kgoodman@taftlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page **1**

Debtor **Stephanie M Doyle**                                                                                        Case number **17–12528**

| 6. | **Bankruptcy clerk's office** | Eastern Division | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. |
|---|---|---|---|
|  | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 219 S Dearborn 7th Floor Chicago, IL 60604 | Contact phone 1–866–222–8029 |
|  |  |  | Date: 4/24/17 |
| 7. | **Meeting of creditors** | **May 31, 2017 at 01:30 PM** | Location: |
|  | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number.** | **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |  |
|  | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. |  |  |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 7/31/17** |
|  | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). |  |
|  |  | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |  |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |  |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |  |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                        page **2**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 17-12528-LAH
Stephanie M Doyle                                                     Chapter 7
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: tjernigan          Page 1 of 2          Date Rcvd: Apr 24, 2017
                              Form ID: 309A            Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2017.
db           +Stephanie M Doyle,    8773 S Beck Place,    Hometown, IL 60456-1114
25568618     +ACL,    P.O. Box 27901,    West Allis, WI 53227-0901
25568627      Cheryl Choates,    c/o Thomas Crooks,    Three 1st National Plaza, S-1950,    Chicago, IL 60602
25568632     +Dependon Collection Service,     P.O. Box 4833,    Oak Brook, IL 60522-4833
25568634     +Emergency Care Phy Services,     Dept 77-6989,    Chicago, IL 60678-0001
25568635     +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
25568637     +Greenwood Chiro Wellness,     c/o Keynote Consulting,    220 W Campus Dr, Suite 102,
               Arlington Heights, IL 60004-1498
25568641     +Little Company of Mary Hospital,     PO Box 97677,    Chicago, IL 60678-7677
25568643     +Merchants Credit Guide,     223 W Jackson Blvd, #700,    Chicago, IL 60606-6914
25568644     +Metrosouth Med Center,    12935 S Gregory St,    Blue Island, IL 60406-2428
25568645      Midwest Ctr Digestive Health,     c/o NCO,    PO Box 13570,    Philadelphia, PA 19101
25568648     +Northwestern Memorial Hospital,     PO Box 73690,    Chicago, IL 60673-7690

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: notice@edfeldlaw.com Apr 25 2017 00:56:59     Edwin L Feld,
               Edwin L Feld & Associates, LLC,    1 N LaSalle Street Suite 1225,    Chicago, IL  60602
tr           +EDI: QKRGOODMAN.COM Apr 25 2017 00:33:00      Karen R Goodman, ESQ,
               Taft Stettinius & Hollister LLP,    111 East Wacker Dr,    Suite 2800,    Chicago, IL 60601-4277
25568619     +EDI: AFNIRECOVERY.COM Apr 25 2017 00:23:00      AFNI,    P.O. Box 3427,
               Bloomington, IL 61702-3427
25568620      EDI: ACCE.COM Apr 25 2017 00:23:00      Asset Acceptance,    P.O. Box 2036,
               Warren, MI 48090-2036
25568622     +EDI: BANKAMER.COM Apr 25 2017 00:23:00      Bank of America,    PO Box 851001,
               Dallas, TX 75285-1001
25568623     +E-mail/Text: RBALTAZAR@ARMORSYS.COM Apr 25 2017 00:59:43     Billstrom Pain,
               c/o Armor Systems,    1700 Kieffer Dr, Suite 1,    Zion, IL 60099-5105
25568625     +EDI: CREDPROT.COM Apr 25 2017 00:23:00      Bright House Networks,    c/o Credit Protection,
               PO Box 802068,    Dallas, TX 75380-2068
25568626     +EDI: CHASE.COM Apr 25 2017 00:34:00      Chase,    Cardmember Service,    PO Box 15153,
               Wilmington, DE 19886-5153
25568628     +EDI: CITICORP.COM Apr 25 2017 00:23:00      Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
25568629     +EDI: CIAC.COM Apr 25 2017 00:23:00      CitiMortgage,    PO Box 183040,    Columbus, OH 43218-3040
25568630     +E-mail/Text: kzoepfel@credit-control.com Apr 25 2017 00:58:21     Credit Control,
               5757 Phantom Dr, Suite 330,    Hazelwood, MO 63042-2429
25568631     +EDI: CMIGROUP.COM Apr 25 2017 00:23:00      Credit Management Inc.,    4200 International Pkwy,
               Carrollton, TX 75007-1912
25568633      EDI: DISCOVER.COM Apr 25 2017 00:23:00      Discover,    PO Box 15316,    Wilmington, DE 19850
25568636     +E-mail/Text: inside_billing@gdx.net Apr 25 2017 00:57:46     Genova Diagnostics,    PO Box 3220,
               Asheville, NC 28802-3220
25568638     +E-mail/Text: des.claimantbankruptcy@illinois.gov Apr 25 2017 00:59:26     IDES,    PO Box 6996,
               Chicago, IL 60680-6996
25568639     +EDI: IRS.COM Apr 25 2017 00:23:00      IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
25568640     +E-mail/Text: ISAC.Bankruptcy@ISAC.illinois.gov Apr 25 2017 00:57:17     ISAC,
               1755 Lake Cook Rd,    Deerfield, IL 60015-5215
25568642     +EDI: TSYS2.COM Apr 25 2017 00:23:00      Macys,    PO Box 8218,    Mason, OH 45040-8218
25568646     +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Apr 25 2017 00:58:35     Ms. Miller,
               c/o State Farm Insurance,    2702 Ireland Grove Rd,    Bloomington, IL 61709-0001
25568647     +EDI: NAVIENTFKASMSERV.COM Apr 25 2017 00:23:00      Navient,    PO Box 9500,
               Wilkes Barre, PA 18773-9500
25568649     +EDI: PRA.COM Apr 25 2017 00:23:00      PRA,    120 Corporate Blvd, Suite 100,
               Norfolk, VA 23502-4952
25568650     +EDI: DRIV.COM Apr 25 2017 00:23:00      Santander,    PO Box 105255,    Atlanta, GA 30348-5255
25568652      E-mail/Text: wow_bankruptcy@wideopenwest.com Apr 25 2017 00:59:54     WOW Internet and Cable,
               P.O. Box 5715,    Carol Stream, IL 60197-5715
25568651     +EDI: WFFC.COM Apr 25 2017 00:23:00      Wells Fargo Bank, NA,    P.O. Box 5169,
               Sioux Falls, SD 57117-5169
                                                                                               TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25568624*    +Billstrom Pain  LLC,    c/o Armor Systems,    1700 Kieffer Dr, Suite 1,    Zion, IL 60099-5105
25568621    ##+Baker & Miller,    29 N Wacker Drive, Suite 500,    Chicago, IL 60606-3221
                                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: tjernigan           Page 2 of 2            Date Rcvd: Apr 24, 2017
                              Form ID: 309A             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2017 at the address(es) listed below:
              Edwin L Feld    on behalf of Debtor 1 Stephanie M Doyle notice@edfeldlaw.com,  efeld@edfeldlaw.com
              Karen R Goodman, ESQ    kgoodman@taftlaw.com,
               il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com;kgoodman@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```