B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Stephanie M Doyle**                                                         Case No.  **17-12528**
                                   Debtor(s)                                          Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 2,300.00 |
   | Prior to the filing of this statement I have received | $ 250.00 |
   | Balance Due | $ 2,050.00 |

2. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. Amount shown above (No. 1) as "Prior to the filing of this statement I have received" applies to fees paid by Debtor for PRE-PRETITION services. Amount shown above (No. 1) as "Balance Due" applies to fees agreed to be paid by Debtor for POST-PETITION services.

| | |
|---|---|
| **May 5, 2017** | **/s/ Edwin L Feld** |
| Date | Edwin L Feld 6188070 |
| | *Signature of Attorney* |
| | **Edwin L Feld & Associates, LLC** |
| | **1 N LaSalle Street** |
| | **Suite 1225** |
| | **Chicago, IL 60602** |
| | **312-263-2100  Fax: 312-263-9838** |
| | *Name of law firm* |

# CONTRACT FOR PRE-PETITION LEGAL SERVICES-CHAPTER 7

This agreement is made on __11/30/16__ between __Stephanie Doyle__, hereinafter referred to as Client, and Edwin L Feld & Associates, LLC hereinafter referred to as attorney, a DEBT RELIEF agency helping people file for Bankruptcy under the Bankruptcy Code.

1. Client hereby employs attorney to advise Client regarding the desirability of obtaining relief under the Bankruptcy Code and to prepare a petition for relief under Chapter 7 of the Bankruptcy Code.

2. This agreement does not include the preparation of schedules of assets, liabilities and financial affairs, which are due 15 days after the filing of the petition, appearance at the Trustee's meeting, notification of creditors that a bankruptcy petition has been filed, obtaining of a discharge, court appearances, advice regarding reaffirmation of debts, representation in any adversary proceedings which may be filed for or against the Client(s), or other services following the filing of the petition.

3. Client agrees to pay attorney $__250__ to advise Client regarding the desirability of obtaining relief under the Bankruptcy Code and to prepare a petition for relief under Chapter 7 of the Bankruptcy Code. In addition, Client agrees to pay $335.00 court costs.

4. In consideration of said payment, attorney agrees to accept employment for the purpose of advising Client regarding the desirability of obtaining relief under the Bankruptcy Code and to prepare a petition for relief under Chapter 7 of the Bankruptcy Code.

5. Client must separately contract after the petition is filed for the performance of legal services necessary or desirable to pursue the bankruptcy case. A separate agreement is necessary because of judicial decisions to the effect that an attorney cannot collect fees after the petition has been filed without the client signing a new agreement for post-petition services. Client may return to attorney for such services, or hire other counsel, at the option of Client. If Client elects to return to attorney for such services, attorney will not charge more than $__1000__ in addition to the charge specified in paragraph 3.

6. Should this case not be filed, the Client(s) agrees to pay the attorney or his order the sum of TWO HUNDRED SEVENTY FIVE DOLLARS ($275.00) per hour for legal services provided.

7. Client understands and agrees to the following payment method (check one). I AM FULLY RESPONSIBLE FOR PAYMENTS AS SPECIFIED IN THIS CONTRACT WHETHER THE PAYMENTS ARE DEDUCTED OR NOT. If deductions do not begin as scheduled I should send a money order or cashier's check made payable to Edwin L Feld & Associates, LLC to the address below. I understand that I will be charged a fee of $25.00 for any payment that is returned for any reason.

    [✓] Payments are set up to be made through **DIRECT WITHDRAWAL FROM BANK ACCOUNT**. If bank and/or account changes Client must contact attorney immediately and provide my new account and routing numbers.

    [ ] Payments are set up to be made through **PAYROLL DEDUCTION**.

    [ ] Other _____

| **PRE-PETITION FEES** | | **MINIMUM PAYMENTS** | |
|---|---|---|---|
| Total fees + costs | $ 585 | $ _____ due on _____ |
| Credit for payment | ($ 0 ) | $ _____ due on _____ |
| Current balance due | $ 585 | $ 98 every other Thursday beginning on 12/29/16 |

Client: __Stephanie M Doyle__　　　Date: __11/30/16__

Client: _____

Attorney: __[signature]__　　　Date: __11/30/16__

Edwin L Feld & Associates, LLC, 1 N LaSalle Street, Suite 1225, Chicago IL 60602 (312) 263-2100　　　Page 1 of 2

## CONTRACT FOR PRE-PETITION LEGAL SERVICES- CHAPTER 7

Please read and initial each paragraph:

___SD___ I understand that I am required to disclose all income from all sources and I am also required to disclose all of my expenses honestly and accurately to the best of my ability under the penalty of perjury.

___SD___ I understand that if it is determined that my income is too high and that there is disposable income available to pay my creditors, that I would not be able to proceed with the Chapter 7 case and I could convert this case to a Chapter 13.

___SD___ I understand that I am required to disclose all of my debts and property to Edwin L Feld & Associates, LLC and to the United States Bankruptcy Court. I will be required to declare, under penalty of perjury, that I have provided **COMPLETE AND ACCURATE INFORMATION** on my Bankruptcy petition and schedules, including a complete list of my debts and all of my property and its fair market value.

___SD___ I UNDERSTAND THAT IF I HAVE ADDITIONAL DEBTS TO ADD THERE WILL BE AN ADDITIONAL CHARGE OF $200.00 TO BE PAID IN ADVANCE AND THAT THESE DEBTS MUST BE ADDED PRIOR TO MY DISCHARGE IN BANKRUPTCY.

___SD___ EDWIN L FELD & ASSOCIATES, LLC RESERVES THE RIGHT TO DISCARD ANY COPIES OF STATEMENTS, BILLS, ETC., THAT I PROVIDE TO EDWIN L FELD & ASSOCIATES, LLC FOR REVIEW.

___SD___ REPRESENTATION BY EDWIN L FELD & ASSOCIATES, LLC IN THIS BANKRUPTCY CASE IS SUBJECT TO APPROVAL BY AN EDWIN L FELD & ASSOCIATES, LLC SUPERVISOR.

___SD___ I agree to contact Edwin L Feld & Associates, LLC to provide any further information necessary to prepare an accurate bankruptcy petition after the date this agreement is signed. Edwin L Feld & Associates, LLC may require that I attend an additional office interview BEFORE case is filed in order to update documents.

___SD___ I AM NOT PROTECTED UNDER THE BANKRUPTCY CODE UNTIL THE CASE HAS BEEN FILED AND NOT A MOMENT BEFORE. I am aware that, until the case is filed, I can still be contacted by creditors and collectors. I can be sued, my paycheck can be garnished, my car can be repossessed and my property can be foreclosed upon.

___SD___ UNTIL THE CASE IS FILED WITH THE COURT, THERE COULD BE CHANGES IN THE LAW OR COURT DECISIONS WHICH AFFECT THE CASE AND THE ADVICE THAT I HAVE BEEN PROVIDED BY THE ATTORNEY, AND COULD RESULT IN MY NOT BEING ELIGIBLE TO FILE A CHAPTER 7 CASE. I FULLY UNDERSTAND THE RISKS OF DELAY AND, AS SUCH, ASSUME THESE RISKS AND UNDERSTAND THAT THE FEES AND COSTS SHOULD BE PAID IMMEDIATELY.

_____ Edwin L Feld & Associates, LLC files cases in a manner that attempts to economize attorney time as well as clerical and other staff. At the time the case is ready for filing, it shall be filed in an orderly fashion consistent with the guidelines of Edwin L Feld & Associates, LLC.

_Stephanie M Doyle_     11/30/16
Client                                           Date

_____     _____
Client                                           Date

_____     11/30/12
Attorney                                     Date

## CONTRACT FOR POST-PETITION LEGAL SERVICES- CHAPTER 7

This agreement is made on  5\2\17  between  Stephanie Doyle , hereinafter referred to as Client, and Edwin L Feld & Associates, LLC hereinafter referred to as Attorney, a DEBT RELIEF agency helping people file for Bankruptcy under the Bankruptcy Code.

1. Client, who has filed bankruptcy case number  17-12528 , shall pay the attorney the sum of $ 2050  for legal services performed by the attorney or his designee.

2. Client hereby employs attorney to perform legal services necessary to pursue the bankruptcy case which include the preparation of schedules of assets, liabilities and financial affairs, which are due on  5/4/17 , planning exemptions, appearance at the Trustee's meeting, obtaining of a discharge, court appearances, advice regarding reaffirmation of debts, and other services following the filing of the petition.

3. This fee DOES NOT include representation in any adversary proceedings which may be filed on behalf of Client.

4. Attorney will not represent Client in any adversary proceedings which may be filed against Client.

5. The fee DOES NOT include payment for any work performed after the Discharge or for any non-bankruptcy related work performed at any time.

6. Client is required to disclose honestly and accurately to the best of Client's ability all income from all sources, all expenses, a complete list of debts and all property and its fair market value to Attorney and to the United States Bankruptcy Court. Client will be required to declare, under penalty of perjury, that COMPLETE AND ACCURATE INFORMATION has been provided on the Bankruptcy petition and schedules. Client further understands that debts not included may not be discharged in the bankruptcy.

_Stephanie M Doyle_  
Client

_____  
Attorney

Date  5/2/17

Date  5/2/17

*Edwin L Feld & Associates, LLC, 1 N LaSalle Street, Suite 1225, Chicago IL 60602 (312) 263-2100*        3/23/17