Certificate Number: 12433-ILN-DE-029272349

Bankruptcy Case Number: 17-12528



12433-ILN-DE-029272349

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 18, 2017, at 7:58 o'clock AM CDT, Stephanie Marie Doyle completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:   May 18, 2017              By:   /s/Candace Jones

                                  Name: Candace Jones

                                  Title: Counselor